UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                                                         CASE NO. 8:01-CR-383-T-MSS

SCOTT CUESTA

_____/

**ORDER**

This cause comes before the Court on violations of supervised release. Defendant Cuesta was sentenced on August 20, 2002 for the offense of Conspiracy to Distribute Quantities of 3,4 - Methylenedoxymethamphetamine (MDMA). He received a sentence of twenty four (24) months in the Bureau of Prisons, followed by thirty six (36) months of supervised release with the following special conditions: (1) participation in a drug treatment program, which may include testing for the detection of substance use or abuse; and (2) he was ordered to pay a $100.00 special assessment.

On May 19, 2005, the probation officer filed a petition with the Court stating that Defendant Cuesta had violated his supervised release by: (1) submitting untruthful monthly reports between February 2004 and March 2005 indicating that he had not associated with anyone with a criminal record when, in fact, he had associated with Lori Loscalzo, a known convicted felon; and (2) on April 29, 2005, United States Probation Officer Derek Smith observed Defendant Cuesta associating with Lori Loscalzo, a known convicted felon.

On June 9, 2005, the Court conducted a final revocation hearing. At that hearing, Defendant Cuesta admitted to all of the alleged violations.

The Court finds that Defendant Cuesta violated the conditions of his supervised release. It is **ORDERED AND ADJUDGED** that Defendant Cuesta's supervised release is **CONTINUED** with the modification that Lori Loscalzo is exempt from the prohibition that Defendant Cuesta not associate with any person convicted of a felony. Defendant Cuesta may associate with Lori Loscalzo.

**DONE AND ORDERED** at Tampa, Florida this 9th day of June, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Jeffrey S. Downing, AUSA
Michael Benito, Esq.
U.S. Marshal Service
U.S. Probation Office